# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KASI DANIELLE ROSS                                                                          PLAINTIFF

v.                                      NO. 4:15-cv-00610 PSH

CAROLYN W. COLVIN, Acting Commissioner                                         DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 26th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE